

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUAN ARIAS, | § | No. 08-25-00141-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| ALMA SOSA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCM6787) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 17th day of June 2025.


LISA J. SOTO, Justice



Before Salas Mendoza, C.J., Palafox and Soto, JJ.